1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2  *Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**
3  *Phone:* **(818)-836-4976**
4  *Email:* **othmane.samie@gmail.com**
   **Attorney for Plaintiff**
5  **Timeless Production FZ LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE** | **Case No.:** 3:25-mc-80219<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED COPYRIGHT INFRINGER(S)** |

Plaintiff Timeless Production FZ LLC ("Plaintiff") respectfully requests that the Clerk of this Court to issue a subpoena pursuant to 17 U.S.C. § 512(h) to **Google LLC**, the service provider operating **YouTube**, for the purpose of identifying one or more alleged infringers of Plaintiff's copyrights. In support of this request, Plaintiff states the following:

1. **Plaintiff's Copyright Ownership:** Timeless Production FZ LLC is the exclusive owner of copyrighted audiovisual works published on the Plaintiff YouTube channel(s). The copyrighted works at issue are listed in **Exhibit 4**.

2. **Alleged Infringement**: Plaintiff has identified multiple instances of direct copyright infringement, where individuals operating the YouTube channels **MAD LAB** (https://www.youtube.com/channel/UCen0ko30XIeN5IARS3E_Znw), **Trending**

1

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

Machine (https://www.youtube.com/channel/UCCfpI5ggGDPkD0F0Qfsbdpw), **VIDÉOS PÉPITES** (https://www.youtube.com/channel/UCKwYdoq60bomRipbJh5R4iQ), **EL LOQUERO** (https://www.youtube.com/channel/UCzzzCufaIhQen0X9ufii0HQ), 미친놈들 대방출 translated to "Crazy guys released" in English (https://www.youtube.com/channel/UChk6UeEySkahDPugTNBHG_g), **EMOTIONSFABRIK** (https://www.youtube.com/channel/UCRD3EPSO6TBdIQGui-qiMqg), ハチャメチャ空間 translated to "Crazy Space" in English, (https://www.youtube.com/channel/UCTUHN-d0rujv4DZI-sEY53A) and **ZONA INSANA** (https://www.youtube.com/channel/UCKfpak7GzDYi4Zb4O1mJvEw), have unlawfully copied and used Plaintiff's copyrighted videos without authorization. These instances are detailed in **Exhibit 5**.

3. **Notification Sent to Service Provider**: Plaintiff submitted DMCA-compliant takedown notices to YouTube in accordance with 17 U.S.C. § 512(c)(3)(A), requesting removal of the infringing content. Copies of these notifications are attached as **Exhibit 1**.

4. **Purpose of the Subpoena**: The purpose of this subpoena is to obtain identifying information sufficient to ascertain the identity of the individual(s) responsible for the YouTube channels listed above, so that Plaintiff may pursue legal action for the infringement of its exclusive copyrights.

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Plaintiff has submitted:

    - A copy of the DMCA notice(s) sent to YouTube (**Exhibit 1**);
    - A proposed subpoena directed to Google LLC / YouTube (**Exhibit 2**);

- A sworn declaration stating that the subpoena is sought solely to enforce Plaintiff's rights under Title 17 (**Exhibit 3**);

**Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification and accompanying documentation comply with the statutory requirements, and the proposed subpoena is in proper form, the Clerk shall expeditiously issue and sign the subpoena.

Dated: July 31, 2025                              By: /s/ **Mohamed Othmane Samie**
                                                  MOHAMED OTHMANE SAMIE (**CSBN: 344269**)
                                                  Attorney for Plaintiff
                                                  Timeless Production FZ LLC