# **Exhibit** 1

DMCA Takedown Confirmation

**[C3ZD7UWXTHQDEWUVC7FOLMBP5Q] YouTube Copyright Complaint Submission**

```
Y o u T u b e   C o p y r i g h t <yt-copyright-disputes+Otouh4nrgd-gn    J u n   2 4 ,
t o   m e                                                                    8 : 1 7
```



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

  Copyright Owner Name (Company Name if applicable): We Protect Your Content
  Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
  Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
  Address:
  o   Office E76 Dubai Production City, Dubai, UAE
  o   Dubai, Dubai 000000
  o   AE
  Username: We Protect Your Content
  Email Address: legal@welicense.co
  Phone: +971 50 528 3879

  URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=rX5xiEEqWUY
  Describe the work allegedly infringed: My company, organization or client's video
  o   Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  o   Source of video: VVzVfo-i_1I
  o   Type of video: Internet video
  o   Where does the content appear?
     The content appears in the targeted video from 0:23:22 to 0:23:29
     : https://www.youtube.com/watch?v=rX5xiEEqWUY&t=1402
     It appears in your source video from 0:00:58 to 0:01:14
     : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=58

  Country where copyright applies: AE
  I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: rX5xiEEqWUY

-----------------------------------

YouTube Co<u>pyright disputes+Otouh4nrgd</u>gr    Jun 24,
to me                                              8:17



Hi We Protect Your Content,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------

**[MZF6S75DKWVPZPUMCACNYYBR7E] YouTube Copyright Complaint Submission**

YouTube  Co‹youtube‹https‹tpu‹tes+1zrhdvbecg›xo    Jun3, 22C
to  me                                                                        83P M



# Copyright Infringement Notification Confirmation

87

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.  We  will  reply  to  this  email  when  we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

 Copyright Owner Name (Company Name if applicable): We Protect Your Content
 Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
 Your Title or Job Position (What is your authority to make this complaint?):
 Authorized Representative
 Address:
  o  Office E76 Dubai Production City, Dubai, UAE
  o  Dubai, Dubai 000000
  o  AE
 Username: We Protect Your Content
 Email Address: legal@welicense.co
 Phone: +971 50 528 3879

 URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=x6pyI_dPPFs
 Describe the work allegedly infringed: My company, organization or client's video
  o  Title of video: Riding Cheapest Scooters of Congo
  o  Source of video: FMt0sslSlVk
  o  Type of video: Internet video
  o  Where does the content appear?
   The content appears in the targeted video from 0:30:19 to 0:30:30
   : https://www.youtube.com/watch?v=x6pyI_dPPFs&t=1819
   It appears in your source video from 0:00:14 to 0:11:10
   : https://www.youtube.com/watch?v=FMt0sslSlVk&t=14
 Country where copyright applies: AE
 I, in good faith state that:
  o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  o  This notification is accurate.
  o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  o  I understand that abuse of this tool will result in termination of my YouTube channel.
 Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 23, 2025 [legal@welicense.co](#) wrote:

Video IDs: x6pyl_dPPFs

-----------------------------------

YouTube Co[ypourti-ughhstputes+1zrhdvbecg](#)>xo        Jun 5, 22 0
to me                                                   1 04 3PM



Hi We Protect Your Content,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

[https://www.youtube.com/watch?v=](#)

_____

We use a com[abuitnoamtaitoend osf](#)ystems [to o](#)
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**[EVYBHAJMVXT6J2GP3TETRZBXIU] YouTube Copyright Complaint Submission**

YouTube Copyright-disputes+1h18cf9rc@r9          Jun 24, 22C
to me                                              8 54 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
Copyright Owner Name (Company Name if applicable): We Protect Your Content
Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
Your Title or Job Position (What is your authority to make this complaint?):
Authorized Representative
Address:
- o   Office E76 Dubai Production City, Dubai, UAE
- o   Dubai, Dubai 000000
- o   AE

Username: We Protect Your Content
Email Address: legal@welicense.co
Phone: +971 50 528 3879

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=JQzx1q5WXVk
Describe the work allegedly infringed: My company, organization or client's video
- o Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
- o Source of video: VVzVfo-i_1I
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:44:05 to 0:44:19
  : https://www.youtube.com/watch?v=JQzx1q5WXVk&t=2645
  It appears in your source video from 0:02:33 to 0:02:45
  : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

Country where copyright applies: AE
I, in good faith state that:
- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: JQzx1q5WXVk

------------------------------------

YouTube Copyright disputes +1zrhdvbecg>xo    Jun 5, 220
to me                                                       1:04 PM



Hi We Protect Your Content,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:
https://www.youtube.com/watch?v=

_____

We use a combination of automated and of systems to and c
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------

**[B5TAUZCNX4HlO7FMRXJlOl7ODU] YouTube Copyright Complaint Submission**

YouTube Copyright disputes+OmlOf1dkyw-C          Jun 4, 22O
to me                                                                              9:0 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

        Copyright Owner Name (Company Name if applicable): We Protect Your Content
        Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
        Your Title or Job Position (What is your authority to make this complaint?):
        Authorized Representative
        Address:
            o   Office E76 Dubai Production City, Dubai, UAE
            o   Dubai, Dubai 000000
            o   AE
        Username: We Protect Your Content
        Email Address: legal@welicense.co
        Phone: +971 50 528 3879

        URL of allegedly infringing video to be removed:
        https://www.youtube.com/watch?v=HZyRA4DBvrE
        Describe the work allegedly infringed: My company, organization or client's video
            o   Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep
                Slopes
            o   Source of video: VVzVfo-i_1I
            o   Type of video: Internet video
            o   Where does the content appear?
                The content appears in the targeted video from 0:23:22 to 0:23:45
                : https://www.youtube.com/watch?v=HZyRA4DBvrE&t=1402
                It appears in your source video from 0:02:33 to 0:02:45
                : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

            o   Country where copyright applies: AE

I, in good faith state that:
- o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o  This notification is accurate.
- o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o  I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 [legal@welicense.co](#) wrote:

Video IDs: HZyRA4DBvrE

-----------------------------------

YouTube Copyright disputes [youtube+copyrightdisputes+0mlOf1dkyw-dC](#)     Jun 7, 220
to me                                                                       1 23 4M



Hi We Protect Your Content,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

---

**[YMTWRVXQ64RVW7ERHYK36NTQVQ] YouTube Copyright Complaint Submission**

YouTube Copyright-disputes+3jkspfed1x-h3     Jun 24, 22 0
ypourti-dghst p u t e s + 3 j k s p f e d 1 x- h 3
to me                                          8:0 8 P M



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): We Protect Your Content

Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers

Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative

Address:
- o   Office E76 Dubai Production City, Dubai, UAE
- o   Dubai, Dubai 000000
- o   AE

Username: We Protect Your Content

Email Address: legal@welicense.co

Phone: +971 50 528 3879

URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HZEtFaCoSRw

Describe the work allegedly infringed: My company, organization or client's video
- o   Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
- o   Source of video: VVzVfo-i_1I
- o   Type of video: Internet video
- o   Where does the content appear?
     The content appears in the targeted video from 0:23:26 to 0:23:32
     : https://www.youtube.com/watch?v=HZEtFaCoSRw&t=1406
     It appears in your source video from 0:00:58 to 0:01:14
     : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=58

Country where copyright applies: AE

I, in good faith state that:
- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 [legal@welicense.co](#) wrote:

Video IDs: HZEtFaCoSRw

------------------------------------

YouTube  C o p y o r i g h t d i s p u t e s + 3 j k s p f e d 1 x h 3        J u n 6,  2 2 0
t o   m e                                                                     10:54 PM



Hi We Protect Your Content,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i

> R e q u e s t   r e s o l v e d
>
> T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e
>
> V i d e o s   i n   q u e s t i o n :
>
> [h t t p s : / / w w w . y o u t u b e . c o m](#) / w a t c h ? v =
>
> – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
>
> W e   u s e   a   c o m b i n a t i o n   a u t o m a t e d   o f   s y s t e m s   a n d   h u
> p r o c e s s   r e m o v a l   r e q u e s t s .

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------

**[CVMZV2FQ247ANCJCKX3CHEDFWY] YouTube Copyright Complaint Submission**

YouTube Copyright-disputes <yt-copyright-disputes+1dr9ebjlO-ikr           Jun 3, 220
to me                                                                      9:57 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
    Copyright Owner Name (Company Name if applicable): We Protect Your Content
    Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
    Your Title or Job Position (What is your authority to make this complaint?):
    Authorized Representative
    Address:
        o   Office E76 Dubai Production City, Dubai, UAE
        o   Dubai, Dubai 000000
        o   AE
    Username: We Protect Your Content

Email Address: legal@welicense.co
Phone: +971 50 528 3879

URL of allegedly infringing video to be removed
: https://www.youtube.com/watch?v=6O_VxZHXxNA
Describe the work allegedly infringed: My company, organization or client's video
- o  Title of video : Japan Genius Technique to Cut Ice Blocks from Frozen Pool
- o  Source of video: JYte4QaV4VY
- o  Type of video: Internet video
- o  Where does the content appear?
    The content appears in the targeted video from 0:30:34 to 0:30:42
    : https://www.youtube.com/watch?v=6O_VxZHXxNA&t=1834
    It appears in your source video from 0:02:01 to 0:08:10
    : https://www.youtube.com/watch?v=JYte4QaV4VY&t=121
Country where copyright applies: AE
I, in good faith state that:
- o  I am the owner, or an agent authorized to act on behalf of the owner of
    an exclusive right that is allegedly infringed.
- o  I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
- o  This notification is accurate.
- o  I acknowledge that there may be adverse legal consequences for
    making false or bad faith allegations of copyright infringement by using
    this process.
- o  I understand that abuse of this tool will result in termination of my
    YouTube channel.
Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 legal@welicense.co wrote:

Video IDs: 6O_VxZHXxNA

-----------------------------------

YouTube Copyright disputes+1dr9ebjlO-ikr       Jun 5, 22O
to me                                                   11:41 PM



Hi We Protect Your Content,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------

**[GKYLGUPFZI5IXPOMDQ6Z4RGK2I] YouTube Copyright Complaint Submission**

YouTube Co<u>ypoyurtiudibhest putes+1ox6ypxyl</u>>wjl        Jun4, 220
to me                                                            8:2 4 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>.    We will reply to this email when we You can also check on the status of your takedown request in the <u>'Removal requests'</u> <u>tab</u> which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): We Protect Your Content
Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
Your Title or Job Position (What is your authority to make this complaint?):
Authorized Representative
Address:

- o Office E76 Dubai Production City, Dubai, UAE
- o Dubai, Dubai 000000
- o AE

Username: We Protect Your Content
Email Address: <u>legal@welicense.co</u>
Phone: +971 50 528 3879

URL of allegedly infringing video to be removed
: <u>https://www.youtube.com/watch?v=lNxTqFKo8Qg</u>
Describe the work allegedly infringed: My company, organization or client's video

- o Title of video : Riding Cheapest Scooters of Congo
- o Source of video: FMt0sslSlVk
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:16:00 to 0:16:04
  : <u>https://www.youtube.com/watch?v=lNxTqFKo8Qg&t=960</u>
  It appears in your source video from 0:11:31 to 0:11:36
  : <u>https://www.youtube.com/watch?v=FMt0sslSlVk&t=691</u>

Country where copyright applies: AE
I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 [legal@welicense.co](#) wrote:

Video IDs: lNxTqFKo8Qg

------------------------------------

YouTube Co<u>ypourti-dghstp u t e s + 1 o x 6 y p x y l</u>>wj l        Jun 7, 2 2 0
t o  me                                                              1 21 7 AM



Hi We Protect Your Content,

Thank you for your removal request. We've revi



Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a combination of automated systems and
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------

**[BTQOVQAYWOHQL5KOF2URI2M3PU] YouTube Copyright Complaint Submission**

YouTube Copyright disputes+Ob6xO7dx3qgd    Jun 4, 220
to me                                      9:11 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
Copyright Owner Name (Company Name if applicable): We Protect Your Content
Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
Your Title or Job Position (What is your authority to make this complaint?):
Authorized Representative
Address:
- o  Office E76 Dubai Production City, Dubai, UAE
- o  Dubai, Dubai 000000
- o  AE
Username: We Protect Your Content
Email Address: legal@welicense.co
Phone: +971 50 528 3879

URL of allegedly infringing video to be removed
: https://www.youtube.com/watch?v=COEcjH6H3Q4
Describe the work allegedly infringed: My company, organization or client's video
- o  Title of video : Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat
- o  Source of video: oLRNf8nzcC8
- o  Type of video: Internet video
- o  Where does the content appear?
  The content appears in the targeted video from 0:10:40 to 0:10:47
  : https://www.youtube.com/watch?v=COEcjH6H3Q4&t=640
  It appears in your source video from 0:04:18 to 0:04:31
  : https://www.youtube.com/watch?v=oLRNf8nzcC8&t=258

Country where copyright applies: AE
I, in good faith state that:
- o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o  This notification is accurate.
- o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o  I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: COEcjH6H3Q4

-----------------------------------

YouTube Copyright disputes+Ob6xO7dx3qgd                    Jun 7, 22C
to me                                                       1247 AM



Hi We Protect Your Content,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

We use a combination and of systems to c
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**[LFB5DWK26SLWZX56H3BSKHKCCY] YouTube Copyright Complaint Submission**

YouTube Copyright disputes+1w9mpy1uOj3c    Jun 24, 220
ypou-ti-dghts                                9:07 PM
to me



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

      Copyright Owner Name (Company Name if applicable): We Protect Your Content
      Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
      Your Title or Job Position (What is your authority to make this complaint?):
      Authorized Representative
      Address:
            o   Office E76 Dubai Production City, Dubai, UAE
            o   Dubai, Dubai 000000
            o   AE
      Username: We Protect Your Content

Email Address: legal@welicense.co
Phone: +971 50 528 3879

URL of allegedly infringing video to be removed
: https://www.youtube.com/watch?v=gq4rw5njvvs
Describe the work allegedly infringed: My company, organization or client's video
- o   Title of video : Monstrously Powerful Panama Canal Train Climbs Crazy
       Steep Slopes
- o   Source of video: VVzVfo-i_1I
- o   Type of video: Internet video
- o   Where does the content appear?
       The content appears in the targeted video from 0:44:03 to 0:44:26
       : https://www.youtube.com/watch?v=gq4rw5njvvs&t=2643
       It appears in your source video from 0:02:33 to 0:02:45
       : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

Country where copyright applies: AE
I, in good faith state that:
- o   I am the owner, or an agent authorized to act on behalf of the owner of
       an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner
       complained of is not authorized by the copyright owner, its agent, or the
       law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for
       making false or bad faith allegations of copyright infringement by using
       this process.
- o   I understand that abuse of this tool will result in termination of my
       YouTube channel.
Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: gq4rw5njvvs

------------------------------------

YouTube  C o p y o u r t i u g b h s t p u t e s + 1 w 9 m p y 1 u 0 j 2 c       J u n 7 , 2 2 0
t o   m e                                                                    1 2 4 0 A M



Hi We Protect Your Content,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i

R e q u e s t   r e s o l v e d

T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e

V i d e o s   i n   q u e s t i o n :

h t t p s : / / w w w . y o u t u b e . c o m / w a t c h ? v =

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

W e   u s e   a   c o m a b u i t n o a m t i a t e n d   o s f y s t e m s   t a o n d
p r o c e s s   r e m o v a l   r e q u e s t s .

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------------

**Fwd: [SYEG2ZTIJWY3ZGHYHIJMXGQ4L4] YouTube Copyright Complaint Submission**

Younes  Ben  Fredj                                    Jul 16, 202:
to me                                                  (21 hour

**Forwarded Conversation**
**Subject: [SYEG2ZTIJWY3ZGHYHIJMXGQ4L4] YouTube Copyright Complaint Submission**
-----------------------
From: YouTube Copyright <youtube-disputes+0e7l4r4ccxe5s07@google.com>
Date: Mon, Jun 23, 2025 at 8:26 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.  We  will  reply  to  this  email  when  we
You can also check on the status of your takedown request in the 'Removal requests'
tab which is found in the Copyright section of your channel.

Here is the information you filled in:

>       Copyright Owner Name (Company Name if applicable): TEKNIQ
>       Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN
>       FREDJ
>       Your Title or Job Position (What is your authority to make this complaint?): Manager
>       of the Company Managing Tekniq Channel
>       Address:
>           o   Timeless Production FZ-LLC E76 Dubai Production City
>           o   Dubai, Dubai 0000
>           o   AE
>       Username: Younes Ben Fredj
>       Email Address: tekniqvideos@gmail.com
>       Phone: 058 513 1609

URL of allegedly infringing video to be
removed: https://www.youtube.com/watch?v=S3CCdt4FjTI
Describe the work allegedly infringed: My video
- o Source of video: ufQD9dDqDm8
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:03:08 to 0:03:30
  : https://www.youtube.com/watch?v=S3CCdt4FjTI&t=188
  It appears in your source video from 0:04:42 to 0:10:53
  : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

Country where copyright applies: AE
I, in good faith state that:
- o I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for
  making false or bad faith allegations of copyright infringement by using
  this process.
- o I understand that abuse of this tool will result in termination of my
  YouTube channel.
Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: S3CCdt4FjTI

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+0e7l4r4ccxe5s07@google.com>
Date: Wed, Jun 25, 2025 at 9:03 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i

> R e q u e s t   r e s o l v e d
>
> T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e
>
> V i d e o s   i n   q u e s t i o n :
>
> h t t p s : / / w w w . y o u t u b e . c o m / w a t c h ? v =
>
> – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
>
> W e   u s e   a   c o m b i n a t i o n   o f   a u t o m a t e d   s y s t e m s   a n d   t r a i n e d
> p r o c e s s   r e m o v a l   r e q u e s t s .

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:

      Copyright Owner Name (Company Name if applicable): TEKNIQ

      Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ

      Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel

      Address:

          o   Timeless Production FZ-LLC E76 Dubai Production City

          o   Dubai, Dubai 0000

          o   AE

      Username: Younes Ben Fredj

      Email Address: tekniqvideos@gmail.com

      Phone: 058 513 1609

      URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S3CCdt4FjTI

      Describe the work allegedly infringed: My video

- o   Title of video: Riding Homemade Batman Bike of Indonesia
- o   Source of video: ufQD9dDqDm8
- o   Type of video: Internet video
- o   Where does the content appear?
      The content appears in the targeted video from 0:03:08 to 0:03:30
      : https://www.youtube.com/watch?v=S3CCdt4FjTI&t=188
      It appears in your source video from 0:04:42 to 0:10:53
      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

Country where copyright applies: AE
I, in good faith state that:
- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.
Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**Fwd: [ODXYR5KJZQ6O5YD6WNVVM62KVY] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 6 PM
to me                                               (21 hour

**Forwarded Conversation**
**Subject: [ODXYR5KJZQ6O5YD6WNVVM62KVY] YouTube Copyright Complaint**
**Submission**
------------------------
From: YouTube Copyright <youtube-disputes+239cijw4uytnf07@google.com>
Date: Mon, Jun 23, 2025 at 8:37 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes
all required elements.  We will reply to this email when we
You can also check on the status of your takedown request in the 'Removal requests'
tab which is found in the Copyright section of your channel.

Here is the information you filled in:

> Copyright Owner Name (Company Name if applicable): TEKNIQ
> Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN
> FREDJ
> Your Title or Job Position (What is your authority to make this complaint?): Manager
> of the Company Managing Tekniq Channel
> Address:
> > o   Timeless Production FZ-LLC E76 Dubai Production City
> > o   Dubai, Dubai 0000
> > o   AE
> Username: Younes Ben Fredj
> Email Address: tekniqvideos@gmail.com
> Phone: 058 513 1609
>
> URL of allegedly infringing video to be
> removed: https://www.youtube.com/watch?v=cGebANZ1MnA
> Describe the work allegedly infringed: My video
> > o   Source of video: ufQD9dDqDm8
> > o   Type of video: Internet video
> > o   Where does the content appear?
> > The content appears in the targeted video from 0:02:01 to 0:02:09
> > : https://www.youtube.com/watch?v=cGebANZ1MnA&t=121
> > It appears in your source video from 0:10:21 to 0:11:43
> > : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

113

Country where copyright applies: AE

I, in good faith state that:

- o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o  This notification is accurate.
- o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o  I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: cGebANZ1MnA

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+239cijw4uytnf07@google.com>
Date: Wed, Jun 25, 2025 at 9:04 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

```
┌─────────────────────────────────────────────────────────────┐
│  R e q u e s t   r e s o l v e d                              │
│                                                               │
│  T h e   c o n t e n t   l i s t e d   b e l o w   h a s  bee │
│                                                               │
│  V i d e o s   i n   q u e s t i o n :                        │
│                                                               │
│  h t t p s : / / w w w . y o u t u b e . c o m / w a t c h ? v = │
│                                                               │
│  ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─             │
│                                                               │
│  We   u s e   a   c o m b i n a t i o n   o f   a u t o m a t e d   s y s t e m s   a n d │
│  p r o c e s s   r e m o v a l   r e q u e s t s .            │
└─────────────────────────────────────────────────────────────┘
```

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
      Copyright Owner Name (Company Name if applicable): TEKNIQ
      Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
      Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
      Address:
         o  Timeless Production FZ-LLC E76 Dubai Production City
         o  Dubai, Dubai 0000
         o  AE
      Username: Younes Ben Fredj
      Email Address: tekniqvideos@gmail.com
      Phone: 058 513 1609

      URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cGebANZ1MnA
      Describe the work allegedly infringed: My video
         o  Title of video: Riding Homemade Batman Bike of Indonesia
         o  Source of video: ufQD9dDqDm8
         o  Type of video: Internet video
         o  Where does the content appear?
            The content appears in the targeted video from 0:02:01 to 0:02:09
            : https://www.youtube.com/watch?v=cGebANZ1MnA&t=121

It appears in your source video from 0:10:21 to 0:11:43
: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

Country where copyright applies: AE
I, in good faith state that:
- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.
Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.


© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**Fwd: [D6EYL6XOTUVW24RLJGKA3YZFXE] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 6:01 PM
to me                                               (21 hour

**Forwarded Conversation**
**Subject: [D6EYL6XOTUVW24RLJGKA3YZFXE] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+15q38rkp7c5b907@google.com>
Date: Mon, Jun 23, 2025 at 8:45 PM
To: <tekniqvideos@gmail.com>


# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all [required elements](#).    We will reply to this email when we You can also check on the status of your takedown request in the ['Removal requests' tab](#) which is found in the Copyright section of your channel.

Here is the information you filled in:

> Copyright Owner Name (Company Name if applicable): TEKNIQ
> Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
> Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
> Address:
> - o   Timeless Production FZ-LLC E76 Dubai Production City
> - o   Dubai, Dubai 0000
> - o   AE
> Username: Younes Ben Fredj
> Email Address: [tekniqvideos@gmail.com](mailto:tekniqvideos@gmail.com)
> Phone: 058 513 1609
>
> URL of allegedly infringing video to be removed: [https://www.youtube.com/watch?v=lpLzYg456U4](https://www.youtube.com/watch?v=lpLzYg456U4)
> Describe the work allegedly infringed: My video
> - o   Source of video: ufQD9dDqDm8
> - o   Type of video: Internet video
> - o   Where does the content appear?
>       The content appears in the targeted video from 0:03:08 to 0:03:11
>       : [https://www.youtube.com/watch?v=lpLzYg456U4&t=188](https://www.youtube.com/watch?v=lpLzYg456U4&t=188)
>       It appears in your source video from 0:05:13 to 0:05:17
>       : [https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313](https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313)
>
> Country where copyright applies: AE
> I, in good faith state that:
> - o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
> - o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
> - o   This notification is accurate.
> - o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

        ○  I understand that abuse of this tool will result in termination of my YouTube channel.
      Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066
On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: lpLzYg456U4

----------------------------------

From: **YouTube Copyright** <youtube-disputes+15q38rkp7c5b907@google.com>
Date: Wed, Jun 25, 2025 at 12:55 PM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a combination of automated systems and c
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:

    Copyright Owner Name (Company Name if applicable): TEKNIQ
    Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
    Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
    Address:
        o  Timeless Production FZ-LLC E76 Dubai Production City
        o  Dubai, Dubai 0000
        o  AE
    Username: Younes Ben Fredj
    Email Address: tekniqvideos@gmail.com
    Phone: 058 513 1609

    URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lpLzYg456U4
    Describe the work allegedly infringed: My video
        o  Title of video: Riding Homemade Batman Bike of Indonesia
        o  Source of video: ufQD9dDqDm8
        o  Type of video: Internet video
        o  Where does the content appear?
           The content appears in the targeted video from 0:03:08 to 0:03:11 : https://www.youtube.com/watch?v=lpLzYg456U4&t=188
           It appears in your source video from 0:05:13 to 0:05:17 : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313

    Country where copyright applies: AE
    I, in good faith state that:
        o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
        o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
        o  This notification is accurate.
        o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
        o  I understand that abuse of this tool will result in termination of my YouTube channel.
    Authorized Signature: Younes BEN FREDJ

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 23, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------------

**Fwd: [QCCTUWX6XU4C2K7O32WGCRJGPU] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                              Jul 16, 6:02 PM
to me                                                         (21 hour

**Forwarded Conversation**
**Subject: [QCCTUWX6XU4C2K7O32WGCRJGPU] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <[youtube-disputes+3266a3wtwtda107@google.com](mailto:youtube-disputes+3266a3wtwtda107@google.com)>
Date: Mon, Jun 23, 2025 at 8:50 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all [required elements](#). We will reply to this email when we You can also check on the status of your takedown request in the ['Removal requests'](#) [tab](#) which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): TEKNIQ

Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN
FREDJ
Your Title or Job Position (What is your authority to make this complaint?): Manager
of the Company Managing Tekniq Channel
Address:
- o   Timeless Production FZ-LLC E76 Dubai Production City
- o   Dubai, Dubai 0000
- o   AE
Username: Younes Ben Fredj
Email Address: teknigvideos@gmail.com
Phone: 058 513 1609

URL of allegedly infringing video to be
removed: https://www.youtube.com/watch?v=aHo9YZ8o7bM
Describe the work allegedly infringed: My video
- o   Source of video: ufQD9dDqDm8
- o   Type of video: Internet video
- o   Where does the content appear?
     The content appears in the targeted video from 0:02:01 to 0:02:09
     : https://www.youtube.com/watch?v=aHo9YZ8o7bM&t=121
     It appears in your source video from 0:10:21 to 0:11:43
     : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

Country where copyright applies: AE
I, in good faith state that:
- o   I am the owner, or an agent authorized to act on behalf of the owner of
     an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner
     complained of is not authorized by the copyright owner, its agent, or the
     law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for
     making false or bad faith allegations of copyright infringement by using
     this process.
- o   I understand that abuse of this tool will result in termination of my
     YouTube channel.
Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: aHo9YZ8o7bM

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+3266a3wtwtda107@google.com>
Date: Wed, Jun 25, 2025 at 9:11 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a combination of automated systems and
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
        Copyright Owner Name (Company Name if applicable): TEKNIQ
        Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN
FREDJ

122

Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
Address:

- o   Timeless Production FZ-LLC E76 Dubai Production City
- o   Dubai, Dubai 0000
- o   AE

Username: Younes Ben Fredj
Email Address: tekniqvideos@gmail.com
Phone: 058 513 1609

URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aHo9YZ8o7bM
Describe the work allegedly infringed: My video

- o   Title of video: Riding Homemade Batman Bike of Indonesia
- o   Source of video: ufQD9dDqDm8
- o   Type of video: Internet video
- o   Where does the content appear?
     The content appears in the targeted video from 0:02:01 to 0:02:09
     : https://www.youtube.com/watch?v=aHo9YZ8o7bM&t=121
     It appears in your source video from 0:10:21 to 0:11:43
     : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

Country where copyright applies: AE
I, in good faith state that:

- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**Fwd: [GSFNZNE2IW2YYS7RSS6QOQWZVM] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 6:0... PM
to me                                                (21 hou...

**Forwarded Conversation**
**Subject: [GSFNZNE2IW2YYS7RSS6QOQWZVM] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+0etb1a2ua5jqo07@google.com>
Date: Mon, Jun 23, 2025 at 8:58 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we... You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

> Copyright Owner Name (Company Name if applicable): TEKNIQ
> Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
> Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
> Address:
> o   Timeless Production FZ-LLC E76 Dubai Production City
> o   Dubai, Dubai 0000
> o   AE
> Username: Younes Ben Fredj
> Email Address: tekniqvideos@gmail.com
> Phone: 058 513 1609

URL of allegedly infringing video to be
removed: https://www.youtube.com/watch?v=1eX7du8Z2dc
Describe the work allegedly infringed: My video
- o Source of video: ufQD9dDqDm8
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:03:08 to 0:03:30
  : https://www.youtube.com/watch?v=1eX7du8Z2dc&t=188
  It appears in your source video from 0:04:42 to 0:10:53
  : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

Country where copyright applies: AE
I, in good faith state that:
- o I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for
  making false or bad faith allegations of copyright infringement by using
  this process.
- o I understand that abuse of this tool will result in termination of my
  YouTube channel.
Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: 1eX7du8Z2dc

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+0etb1a2ua5jqo07@google.com>
Date:  Wed,  Jun  25,  2025  at  9:26  AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i

R e q u e s t   r e s o l v e d

T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e

V i d e o s   i n   q u e s t i o n :

h t t p s : / / w w w . y o u t u b e . c o m / w a t c h ? v =

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

W e   u s e   a   c o m b i n a t i o n   o f   a u t o m a t e d   s y s t e m s   a n d   t r a i n e d

p r o c e s s   r e m o v a l   r e q u e s t s .

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

    Copyright Owner Name (Company Name if applicable): TEKNIQ

    Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ

    Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel

    Address:

        o   Timeless Production FZ-LLC E76 Dubai Production City

        o   Dubai, Dubai 0000

        o   AE

    Username: Younes Ben Fredj

    Email Address: tekniqvideos@gmail.com

    Phone: 058 513 1609

URL of allegedly infringing video to be
removed: https://www.youtube.com/watch?v=1eX7du8Z2dc
Describe the work allegedly infringed: My video
- o Title of video: Riding Homemade Batman Bike of Indonesia
- o Source of video: ufQD9dDqDm8
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:03:08 to 0:03:30
  : https://www.youtube.com/watch?v=1eX7du8Z2dc&t=188
  It appears in your source video from 0:04:42 to 0:10:53
  : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

Country where copyright applies: AE
I, in good faith state that:
- o I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the law;
  and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making
  false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube
  channel.
Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**Fwd: [B2XADPJY3PG4IR3GQKLCQV2PZM] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 7:01 PM
to me                                               (21 hour

127

**Forwarded Conversation**
**Subject: [B2XADPJY3PG4IR3GQKLCQV2PZM] YouTube Copyright Complaint**
**Submission**
------------------------
From: YouTube Copyright <youtube-disputes+3f1a96sc3jbft07@google.com>
Date: Mon, Jun 23, 2025 at 9:05 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

> Copyright Owner Name (Company Name if applicable): TEKNIQ
> Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN
> FREDJ
> Your Title or Job Position (What is your authority to make this complaint?): Manager
> of the Company Managing Tekniq Channel
> Address:
> > o    Timeless Production FZ-LLC E76 Dubai Production City
> > o    Dubai, Dubai 0000
> > o    AE
> Username: Younes Ben Fredj
> Email Address: tekniqvideos@gmail.com
> Phone: 058 513 1609
>
> URL of allegedly infringing video to be
> removed: https://www.youtube.com/watch?v=9Z7gweSm9qY
> Describe the work allegedly infringed: My video
> > o    Source of video: ufQD9dDqDm8
> > o    Type of video: Internet video
> > o    Where does the content appear?
> > The content appears in the targeted video from 0:02:01 to 0:02:09
> > : https://www.youtube.com/watch?v=9Z7gweSm9qY&t=121
> > It appears in your source video from 0:10:21 to 0:11:43

: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

Country where copyright applies: AE
I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: 9Z7gweSm9qY

---------------------------------

From: **YouTube Copyright** <youtube-disputes+3f1a96sc3jbft07@google.com>
Date: Wed, Jun 25, 2025 at 9:33 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a combination of automated systems and
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

    Copyright Owner Name (Company Name if applicable): TEKNIQ
    Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
    Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
    Address:
        o   Timeless Production FZ-LLC E76 Dubai Production City
        o   Dubai, Dubai 0000
        o   AE
    Username: Younes Ben Fredj
    Email Address: tekniqvideos@gmail.com
    Phone: 058 513 1609
    URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9Z7gweSm9qY
    Describe the work allegedly infringed: My video
        o   Title of video: Riding Homemade Batman Bike of Indonesia
        o   Source of video: ufQD9dDqDm8
        o   Type of video: Internet video
        o   Where does the content appear?
           The content appears in the targeted video from 0:02:01 to 0:02:09
           : https://www.youtube.com/watch?v=9Z7gweSm9qY&t=121

It appears in your source video from 0:10:21 to 0:11:43
: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

Country where copyright applies: AE

I, in good faith state that:

- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------------

**Fwd: [3C424ED46Z5SMP2ZPGXQPP4I5Y] YouTube Copyright Complaint Submission**

Younes  Ben  Fredj                              Jul  16,  7 P M
to  me                                          ( 2 1   hou

**Forwarded Conversation**
**Subject: [3C424ED46Z5SMP2ZPGXQPP4I5Y] YouTube Copyright Complaint**
**Submission**
------------------------
From: YouTube Copyright <youtube-disputes+1on2zp3lx8imn07@google.com>
Date:  Mon,  Jun  23,  2025  at  9:15  PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.  We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

> Copyright Owner Name (Company Name if applicable): TEKNIQ
> Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
> Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
> Address:
> - o   Timeless Production FZ-LLC E76 Dubai Production City
> - o   Dubai, Dubai 0000
> - o   AE
> Username: Younes Ben Fredj
> Email Address: tekniqvideos@gmail.com
> Phone: 058 513 1609
>
> URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d7ttWGCYVN0
> Describe the work allegedly infringed: My video
> - o   Source of video: ufQD9dDqDm8
> - o   Type of video: Internet video
> - o   Where does the content appear?
>      The content appears in the targeted video from 0:01:53 to 0:01:58
>      : https://www.youtube.com/watch?v=d7ttWGCYVN0&t=113
>      It appears in your source video from 0:00:47 to 0:04:44
>      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=47
>
> Country where copyright applies: AE
> I, in good faith state that:
> - o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
> - o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
> - o   This notification is accurate.
> - o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

132

      ○  I understand that abuse of this tool will result in termination of my
          YouTube channel.
     Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: d7ttWGCYVN0



From: **YouTube Copyright** <youtube-disputes+1on2zp3lx8imn07@google.com>
Date: Wed, Jun 25, 2025 at 9:34 AM
To: <tekniqvideos@gmail.com>

YouTube

Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

We use a combination of automated systems and
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): TEKNIQ

Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ

Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel

Address:
- o   Timeless Production FZ-LLC E76 Dubai Production City
- o   Dubai, Dubai 0000
- o   AE

Username: Younes Ben Fredj

Email Address: tekniqvideos@gmail.com

Phone: 058 513 1609

URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d7ttWGCYVN0

Describe the work allegedly infringed: My video
- o   Title of video: Riding Homemade Batman Bike of Indonesia
- o   Source of video: ufQD9dDqDm8
- o   Type of video: Internet video
- o   Where does the content appear?
  The content appears in the targeted video from 0:01:53 to 0:01:58
  : https://www.youtube.com/watch?v=d7ttWGCYVN0&t=113
  It appears in your source video from 0:00:47 to 0:04:44
  : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=47

Country where copyright applies: AE

I, in good faith state that:
- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.

- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------