UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | Case No.: 3:25-mc-80219<br><br>PROPOSED SUBPOENA TO GOOGLE LLC / YOUTUBE |

**TO:**

Google LLC

Attn: Legal Investigations Support

1600 Amphitheatre Parkway

Mountain View, CA 94043

Email: legal-support@google.com

**RE: DMCA Subpoena Request – Infringement of Timeless Production FZ LLC's Copyrighted Works**

Pursuant to 17 U.S.C. § 512(h), YOU ARE HEREBY COMMANDED to disclose and produce the identifying information sufficient to identify the user(s) responsible for operating the following YouTube channels, which are alleged to have infringed copyrighted material belonging to Timeless Production FZ LLC:

- Channel 1: **MAD LAB**

    Channel ID: UCen0ko30XIeN5IARS3E_Znw

    URL: https://www.youtube.com/channel/UCen0ko30XIeN5IARS3E_Znw

- Channel 2: **Trending Machine**

  Channel ID: UCCfpI5ggGDPkD0F0Qfsbdpw

  URL: https://www.youtube.com/channel/UCCfpI5ggGDPkD0F0Qfsbdpw

- Channel 3: **VIDÉOS PÉPITES**

  Channel ID: UCKwYdoq60bomRipbJh5R4iQ

  URL: https://www.youtube.com/channel/UCKwYdoq60bomRipbJh5R4iQ

- Channel 4: **EL LOQUERO**

  Channel ID: UCzzzCufaIhQen0X9ufii0HQ

  URL: https://www.youtube.com/channel/UCzzzCufaIhQen0X9ufii0HQ

- Channel 5: 미친놈들 대방출 **(Crazy guys released)**

  Channel ID: UChk6UeEySkahDPugTNBHG_g

  URL: https://www.youtube.com/channel/UChk6UeEySkahDPugTNBHG_g

- Channel 6: **EMOTIONSFABRIK**

  Channel ID: UCRD3EPSO6TBdIQGui-qiMqg

  URL: https://www.youtube.com/channel/UCRD3EPSO6TBdIQGui-qiMqg

- Channel 7: ハチャメチャ空間 **(Crazy Space)**

  Channel ID: UCTUHN-d0rujv4DZI-sEY53A

  URL: https://www.youtube.com/channel/UCTUHN-d0rujv4DZI-sEY53A

- Channel 8: **ZONA INSANA**

  Channel ID: UCKfpak7GzDYi4Zb4O1mJvEw

  URL: https://www.youtube.com/channel/UCKfpak7GzDYi4Zb4O1mJvEw

The information requested includes (to the extent available):

a. Full legal name(s) associated with the Google/YouTube account.

b. Google AdSense ID(s) linked to the YouTube monetization.

c. Physical mailing address(es) linked to the AdSense account.

d. Telephone number(s) associated with the Google/YouTube account.

e. Email address(es) registered with the account.

f. Country associated with the account at creation and during the past 12 months.

g. All YouTube channels that are or have been linked to the same AdSense account(s).

h. **All information identifying any Multi-Channel Network (MCN) affiliation**, including the name of the MCN, date of integration, and contact details.

**Date: [Insert Date]**

**ISSUED BY:**

/s/ Clerk of the Court


[Name of Clerk]

United States District Court

Northern District of California