1 | *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2 | *Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**
3 | *Phone:* **(818)-836-4976**
4 | *Email:* **othmane.samie@gmail.com**
  | **Attorney for Plaintiff**
5 | **Timeless Production FZ LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | Case No.: 3:25-mc-80219<br><br>DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF DMCA SUBPOENA REQUEST |
|---|---|

I, **Mohamed Othmane Samie**, declare under penalty of perjury:

1. I am an attorney licensed to practice law in the State of California (CSBN: 344269), and I represent Plaintiff Timeless Production FZ LLC in this matter.

2. Plaintiff is the sole owner of the copyrights in original audiovisual works featured on the YouTube channel "Tekniq," and has identified numerous instances of unauthorized reproduction of these works on the YouTube channels operated by Alexandr Vladimirovich Vitvitskiy, including but not limited to **"MAD LAB," "Trending Machine," "VIDÉOS PÉPITES," "EL LOQUERO," "미친놈들 대방출 (Crazy guys released)," "EMOTIONSFABRIK," "ハチャメチャ空間 (Crazy Space)," and "ZONA INSANA."**

1

DECLARATION OF MOHAMED OTHMANE SAMIE

3. Plaintiff submitted valid DMCA takedown notices to YouTube, operated by Google LLC, in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of infringing content. A copy of the notice(s) is attached as Exhibit 1.

4. This subpoena request is made pursuant to 17 U.S.C. § 512(h), and is being sought solely for the purpose of enforcing Plaintiff's rights under the Copyright Act, Title 17 of the United States Code.

5. Based on information and belief, the Defendant's YouTube channels are affiliated with one or more Multi-Channel Networks (MCNs), which manage monetization and content distribution through YouTube's Partner Program. Identifying the correct AdSense accounts and any MCN affiliations is critical to avoid enforcement errors and ensure that responsible parties are properly held accountable.

6. I respectfully request that the Clerk of this Court issue the subpoena to Google LLC to disclose identifying and monetization-related information, including MCN affiliations, associated AdSense accounts, and user identity, for the channels identified in this action for the infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: July 31, 2025

Location: Monterey Park, California        By: /s/ **Mohamed Othmane Samie**

MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

Attorney for Plaintiff
Timeless Production FZ LLC