# Exhibit 4

List of Registered Works

**EXHIBIT A**

**List of registered works**

| | Copyright Registration Number | Registration Date | Url of registered work | Type of Work |
|---|---|---|---|---|
| A | **PA0002527509** | 2025-03-14 | **Title:** Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | Motion Picture (Video) |
| B | **PA0002495258** | 2024-09-04 | **Title:** How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | Motion Picture (Video) |
| c | **PA0002493091** | 2024-08-20 | **Title:** Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | Motion Picture (Video) |
| D | **PA0002540487** | 2025-07-16 | **Title:** Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | Motion Picture (Video) |
| E | **PA0002495257** | 2024-09-04 | **Title:** Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | Motion Picture (Video) |

| | | | | |
|---|---|---|---|---|
| F | **PA0002495197** | 2024-09-05 | **Title:** Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | Motion Picture (Video) |
| G | **PA0002453397** | 2024-02-07 | **Title:** Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | Motion Picture (Video) |
| H | **PA0002495260** | 2024-09-04 | **Title:** Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | Motion Picture (Video) |
| I | **PA0002501525** | 2024-10-01 | **Title:** Japan Genius Technique to Cut Ice Blocks from Frozen Pool<br><br>https://youtu.be/JYte4QaV4VY | Motion Picture (Video) |
| J | **PA0002499415** | 2024-09-23 | **Title:** Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat<br><br>https://youtu.be/oLRNf8nzcC8 | Motion Picture (Video) |
| K | **PA0002520745** | 2025-01-08 | **Title:** How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/RIz3cnSJk7Q | Motion Picture (Video) |

| | | | | |
|---|---|---|---|---|
| L | **PA0002521720** | 2025-01-15 | **Title:** Fast and Skilled Workers Repair Giant Manholes in Middle of Road<br><br>https://youtu.be/w0bFDbOiKcQ | Motion Picture (Video) |
| M | **PA0002495255** | 2024-09-05 | **Title:** Tiny Train Pulling World Largest Ships Across Panama Canal<br><br>https://youtu.be/s45jxRIaB14 | Motion Picture (Video) |