# Exhibit 5

List of infringements

**EXHIBIT B**
<u>List of infringements</u>

| # | Infringing Video<br>Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Infringed Work (Copyright Registration Code) |
|---|---|---|---|---|---|
|  | **MAD LAB**: https://www.youtube.com/channel/UCen0ko30XIeN5IARS3E_Znw | | | | |
| 1 | **Title:** World's Most Impossible Motorcycles That Can Actually Ride !<br><br>https://youtu.be/IpLzYg456U4<br><br>(soi 2025-04-11)<br>**Infringement against A** | 0:05 - 0:07<br>3:08 - 3:11<br>3:11 - 3:14<br>3:14 - 3:18<br>3:18 - 3:21<br>3:21 - 3:24<br>3:24 - 3:27<br>3:27 - 3:30<br>23:16 - 23:17 | **Title:** Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 4:46<br>5:13 - 5:17<br>4:43 - 4:48<br>7:57 - 8:01<br>10:28 - 10:33<br>10:21 - 10:25<br>7:19 - 7:23<br>10:50 - 10:53<br>4:43 - 4:46 | PA0002527509 |
|  | **VIDÉOS PÉPITES:** https://www.youtube.com/channel/UCKwYdoq60bomRipbJh5R4iQ | | | | |
| 2 | **Title:** TOP 35 des motos monstres les plus étranges au monde \| Que vous pouvez réellement conduire !<br><br>https://youtu.be/S3CCdt4FjTI<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title:** Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | **Title**: Moments incroyables filmés par une caméra!<br><br>https://youtu.be/x6pyI_dPPFs<br><br>(soi 2024-06-28)<br>**Infringement against B** | 12:31 - 12:33<br>12:33 - 12:36<br>12:36 - 12:40<br>12:40 - 12:45 | **Title:** How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 4 | **Title**: Les 100 plus grosses machines au monde aujourd'hui!<br><br>https://youtu.be/7pVBJCWlJPU<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:05 - 44:12<br>44:16 - 44:19<br>44:19 - 44:23<br>44:23 - 44:27.<br>44:27 - 44:28 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 5 | Infringer link same as above<br>**Infringement Against M** | 44:05 - 44:08 | **Title**: Tiny Train Pulling World Largest Ships Across Panama Canal<br><br>https://youtu.be/s45jxRIaB14 | 7:21 - 7:23 | PA0002495255 |
| 6 | **Title**: Les compétences et les talents les plus incroyables au monde JAMAIS!<br><br>https://youtu.be/DCB7djcu_ps<br><br>(soi 2024-01-19)<br>**Infringement against E** | 15:46 - 15:48<br>15:48 - 15:51<br>15:51 - 15:52<br>15:52 - 15:55 | **Title**: Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | 8:16 - 8:20<br>2:18 - 2:24<br>3:18 - 3:21<br>4:10 - 4:15 | PA0002495257 |

| # | Infringer | Times | Original | Times | Reg. No. |
|---|---|---|---|---|---|
| 7 | Infringer link same as above<br>**Infringement against C** | 15:55 - 15:59<br>15:59 - 16:05 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:31 - 11:36<br>11:02 - 11:12 | PA0002493091 |
| 8 | **Title**: 300 Trucs Incroyables Pris à la Caméra<br><br>https://youtu.be/GWGhCxkUTR0<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:11<br>12:11 - 12:14<br>12:14 - 12:15<br>12:15 - 12:17<br>12:17 - 12:19<br>12:19 - 12:21 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 9 | **Title**: Les plus gros engins lourds travaillant à un autre niveau<br><br>https://youtu.be/HZEtFaCoSRw<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:26 - 23:32<br>23:37 - 23:40<br>23:40 - 23:44<br>23:44 - 23:47<br>23:47 - 23:49 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 10 | **Title**: Vidéos les plus satisfaisantes de travailleurs qui font leur travail à la perfection !<br><br>https://youtu.be/mfW_AFPDy00<br><br>(soi 2025-02-01)<br>**Statutory damage against F** | 31:27 - 32:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:53 | PA0002495197 |

33

| 11 | **Title**: Les Véhicules les Plus EXTRÊMES de 2025 ! Le MEILLEUR de l'Année ! https://youtu.be/U-fhCfhRclY (soi 2025-06-10) **Infringement Against A** | 1:53 - 1:58 2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44 10:21 - 11:43 | PA0002527509 |
| 12 | **Title**: Moments incroyables filmés par une caméra! https://youtu.be/x6pyl_dPPFs (soi 2024-06-28) **Infringement Against C** | 30:19 - 30:30 | **Title**: Riding Cheapest Scooters of Congo https://youtu.be/FMt0sslSlVk | 0:14 - 11:10 | PA0002493091 |
|  | **EL LOQUERO**: https://www.youtube.com/channel/UCzzzCufaIhQen0X9ufii0HQ |
| 13 | **Title**: Las 35 motocicletas más insólitas del mundo \| ¡Jamás fabricadas! https://youtu.be/srTk8SJwB-E (soi 2025-05-02) **Infringement against A** | 0:05 - 0:06 3:08 - 3:30 | **Title**: Riding Homemade Batman Bike of Indonesia https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |

| 14 | **Title**: Las mayores máquinas de maquinaria pesada trabajan a otro nivel<br><br>https://youtu.be/rX5xiEEqWUY<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:22 - 23:29<br>23:33 - 23:36<br>23:40 - 23:43<br>23:43 - 23:45 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:29 - 2:41<br>4:12 - 4:17<br>5:07 - 5:10 | PA0002540487 |
|---|---|---|---|---|---|
| 15 | **Title**: Máquinas más peligrosas y potentes \| Herramientas y equipos ingeniosos<br><br>https://youtu.be/DgbDaHDNXBY<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:02 - 44:08<br>44:12 - 44:15<br>44:15 - 44:22<br>  4:22 - 4:24 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:59 - 1:15<br>2:32 - 2:43<br>3:36 - 4:19<br>5:07 - 5:13 | PA0002540487 |
| 16 | **Title**: ¡Los vídeos más satisfactorios de trabajadores haciendo su trabajo a la perfección<br><br>https://youtu.be/YxHz53Y4pYI<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:27 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:54 | PA0002495197 |
| 17 | **Title**: ¡Los momentos más increíbles jamás grabados por una cámara!<br><br>https://youtu.be/MhxFPVvU64E<br><br>(soi 2024-06-28)<br>**Infringement against C** | 30:14 - 30:16<br>30:16 - 30:18<br>30:18 - 30:20<br>30:20 - 30:22<br>30:22 - 30:24<br>30:24 - 30:26 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0ssISIVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |

35

| 18 | Infringer link same as above<br>**Infringement against B** | 12:24 - 12:26<br>12:26 - 12:29<br>12:29 - 12:33<br>12:33 - 12:38 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:31 - 3:36<br>7:48 - 7:54<br>9:13 - 9:18<br>9:45 - 9:58 | PA0002495258 |
| --- | --- | --- | --- | --- | --- |
| 19 | **Title**: Satisfactorios Vídeos de Trabajadores Haciendo Su Trabajo Perfectamente !<br><br>https://youtu.be/hFi-36mmYV0<br><br>(soi 2025-04-20)<br>**Infringement against G** | 6:46 - 6:56 | **Title**: Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | 1:50 - 3:19 | PA0002453397 |
| 20 | **Title**: 30 Vehículos Más Extremos y Brutales que Necesitas Ver!<br><br>https://youtu.be/qhWvrjvfkIc<br><br>(soi 2025-06-10)<br>**Infringement against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| 21 | **Title**: Carreteras por las que nunca querrías conducir \| ¡ Carreteras más peligrosas del mundo !<br><br>https://youtu.be/2gzaCkAP5kU<br><br>(soi 2025-06-22)<br>**Infringement Against H** | 16:00 - 16:12 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 0:05 - 1:56 | PA0002495260 |
| **(Crazy guys released)**: https://www.youtube.com/channel/UChk6UeEySkahDPugTNBHG_g |||||||

| 22 | **Title**:<br><br>!<br><br>https://youtu.be/yF4NYAemw_8<br><br>(soi 2024-06-21)<br>**Infringement against C** | 30:18 - 30:21<br>30:21 - 30:23<br>30:23 - 30:25<br>30:25 - 30:26<br>30:26 - 30:29<br>30:29 - 30:31 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
|---|---|---|---|---|---|
| 23 | Infringer link same as above<br>**Infringement against B** | 12:24 - 12:26<br>12:26 - 12:29<br>12:29 - 12:32<br>12:32 - 12:37 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 24 | **Title**:<br><br>!<br><br>https://youtu.be/lNxTqFKo8Qg<br><br>(soi 2024-01-24)<br>**Infringement against E** | 15:51 - 15:53<br>15:53 - 15:56<br>15:56 - 15:57<br>15:57 - 16:00 | **Title**: Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | 8:16 - 8:20<br>2:18 - 2:24<br>3:18 - 3:21<br>4:10 - 4:15 | PA0002495257 |
| 25 | Infringer link same as above<br>**Infringement against C** | 16:00 - 16:04<br>16:04 - 16:11 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:31 - 11:36<br>11:02 - 11:12 | PA0002493091 |
| 26 | **Title**:<br><br>!<br><br>https://youtu.be/IwT5DCd9rqQ<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:12<br>12:12 - 12:13<br>12:13 - 12:15<br>12:15 - 12:17<br>12:17 - 12:19<br>12:19 - 12:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |

| | | | | | |
|---|---|---|---|---|---|
| 27 | **Title**:<br><br>https://youtu.be/e0E0b9c6Z_c<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:27 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:54 | PA0002495197 |
| 28 | **Title**:          50         !<br><br>https://youtu.be/HfzsnNxZlZY<br><br>(soi 2024-12-03)<br>**Infringement against H** | 16:00 - 16:06<br>16:06 - 16:13<br>16:21 - 16:24 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 0:03 - 0:12<br>1:11 - 1:57<br>5:27 - 5:34 | PA0002495260 |
| 29 | **Title**:              ,<br><br>https://youtu.be/nESaxfDlHjM<br><br>(soi 2024-04-16)<br>**Infringement against H** | 0:08 - 0:11<br>11:47 - 11:50<br>11:51 - 11:55<br>11:55 - 11:56<br>11:56 - 11:59 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 2:57 - 3:00<br>0:05 - 0:12<br>2:28 - 2:45<br>2:58 - 3:01<br>4:14 - 4:18 | PA0002495260 |
| 30 | **Title**:         100<br><br>https://youtu.be/3DIcV5Ol6Ao<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:02 - 44:08<br>44:13 - 44:15<br>44:15 - 44:19<br>44:19 - 44:22<br>44:22 - 44:25 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

38

| # | | | | | |
|---|---|---|---|---|---|
| 31 | **Title**:<br><br>https://youtu.be/XB1tfLmaQCw<br><br>(soi 2024-06-11)<br>**Infringement against D** | 23:22 - 23:29<br>23:33 - 23:36<br>23:36 - 23:40<br>23:40 - 23:43<br>23:43 - 23:45 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 32 | **Title**:<br>　　　　　15　！<br><br>https://youtu.be/d7ttWGCYVN0<br><br>(soi 2025-06-10)<br>**Infringement against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| EMOTIONSFABRIK: https://www.youtube.com/channel/UCRD3EPSO6TBdlQGui-qiMqg | |
| 33 | **Title**: TOP 35 der verrücktesten Monster-Motorräder der Welt | Wirklich fahrbar!<br><br>https://youtu.be/agwa0YZQYn8<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |
| 34 | **Title**: Die größten Maschinen, die auf einem anderen Level sind<br><br>https://youtu.be/niCbHIWh66U<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:27 - 23:33<br>23:38 - 23:41<br>23:41 - 23:45<br>23:45 - 23:48<br>23:48 - 23:50 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| # | Infringed Work | Timestamps | Infringer Work | Timestamps | Reg. No. |
|---|---|---|---|---|---|
| 35 | **Title**: Die größten Maschinen, die auf einem anderen Level sind #3<br><br>https://youtu.be/JQzx1q5WXVk<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:05 - 44:12<br>44:16 - 44:19<br>44:19 - 44:23<br>44:23 - 44:27<br>44:27 - 44:28 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 36 | **Title**: 30 EXTREMSTE und Brutalste Fahrzeuge, die Sie sehen müssen!<br><br>https://youtu.be/cGebANZ1MnA<br><br>(soi 2025-06-10)<br>**Infringement Against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| | **(Crazy Space)**: https://www.youtube.com/channel/UCTUHN-d0rujv4DZI-sEY53A | | | | |
| 37 | **Title**:<br><br>https://youtu.be/6Tf-oIGK_zI<br><br>(soi 2024-06-21)<br>**Infringement against B** | 12:18 - 12:20<br>12:20 - 12:23<br>12:23 - 12:26<br>12:26 - 12:32 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 38 | Infringer link same as above<br>**Infringement against C** | 30:09 - 30:12<br>30:12 - 30:14<br>30:14 - 30:16<br>30:16 - 30:18<br>30:18 - 30:20<br>30:20 - 30:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |

40

| | Title / URL | Timestamps | Title / URL | Timestamps | Reg. No. |
|---|---|---|---|---|---|
| 39 | **Title**: https://youtu.be/LZBb8cdJycE (soi 2024-04-19) **Infringement against C** | 12:09 - 12:12<br>12:12 - 12:13<br>12:13 - 12:15<br>12:15 - 12:17<br>12:17 - 12:19<br>12:19 - 12:22 | **Title**: Riding Cheapest Scooters of Congo https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 40 | **Title**: 50 https://youtu.be/qNXRUsfowmY (soi 2024-12-03) **Infringement against H** | 16:00 - 16:06<br>16:06 - 16:13<br>16:21 - 16:24 | **Title**: Climbing Impossible Mountain Road in China https://youtu.be/pIfjdP72Bz8 | 0:03 - 0:12<br>1:11 - 1:57<br>5:27 - 5:34 | PA0002495260 |
| 41 | **Title**: TOP100 https://youtu.be/yvIhUuCxPZU (soi 2024-12-24) **Infringement against D** | 44:02 - 44:08<br>44:13 - 44:15<br>44:15 - 44:19<br>44:19 - 44:22<br>44:22 - 44:25 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 42 | **Title**: https://youtu.be/HZyRA4DBvrE (soi 2024-06-11) **Infringement against D** | 23:22 - 23:29<br>23:33 - 23:36<br>23:36 - 23:40<br>23:40 - 23:43<br>23:43 - 23:45 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| 43 | Title: https://youtu.be/DlfsjpAQRTs (soi 2025-02-01) **Infringement against F** | 31:26 - 31:36 | Title: Dangerous Way They Slide Tons of Wood Down a Mountain https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:53 | PA0002495197 |
| 44 | Title: https://youtu.be/k1HR3dTd09U (soi 2025-06-17) **Infringement Against L** | 21:49 - 22:22 | Title: Fast and Skilled Workers Repair Giant Manholes in Middle of Road https://youtu.be/w0bFDbOiKcQ | 0:44 - 9:27 | PA0002521720 |
| 45 | Title:                             30 https://youtu.be/aHo9YZ8o7bM (soi 2025-06-10) **Infringement Against A** | 1:53 - 1:58 2:01 - 2:09 | Title: Riding Homemade Batman Bike of Indonesia https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44 10:21 - 11:43 | PA0002527509 |
| **ZONA INSANA**: https://www.youtube.com/channel/UCKfpak7GzDYi4Zb4O1mJvEw ||||||

42

| | | | | | |
|---|---|---|---|---|---|
| 46 | **Title**: As Motocicletas Mais Impossíveis Do Mundo Que Realmente Podem Ser Pilotadas!<br><br>https://youtu.be/1eX7du8Z2dc<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |
| 47 | **Title**: Os momentos mais inacreditáveis já capturados pela câmera!<br><br>https://youtu.be/5AXgqnxhXBo<br><br>(soi 2024-06-28)<br>**Infringement against B** | 12:24 - 12:26<br>12:26 - 12:29<br>12:29 - 12:32<br>12:32 - 12:37 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 48 | Infringer link same as above<br>**Infringement against C** | 29:59 - 30:09 | Title: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 11:10 | PA0002493091 |
| 49 | **Title**: Maiores máquinas de equipamentos pesados trabalhando em outro nível<br><br>https://youtu.be/4Qx8Wb8p_E8<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:23 - 23:30<br>23:34 - 23:37<br>23:37 - 23:41<br>23:41 - 23:44<br>23:44 - 23:46 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| # | Infringer | Timestamps | Original | Timestamps | Reg. No. |
|---|---|---|---|---|---|
| 50 | **Title**: As maiores máquinas incríveis operando em um nível insano<br><br>https://youtu.be/gq4rw5njvvs<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:03 - 44:09<br>44:14 - 44:16<br>44:16 - 44:21<br>44:21 - 44:24<br>44:24 - 44:26 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 51 | **Title**: Os momentos mais inacreditáveis já capturados pela câmera!<br><br>https://youtu.be/G0hP8O_811c<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:12<br>12:12 - 12:13<br>12:13 - 12:15<br>12:15 - 12:17<br>12:17 - 12:20<br>12:20 - 12:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 52 | **Title**: 999 momentos de QI<br><br>https://youtu.be/yyPAiAyDQnA<br><br>(soi 2024-01-19)<br>**Infringement against C** | 16:12 - 16:16<br>16:16 - 16:23 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:31 - 11:36<br>11:02 - 11:12 | PA0002493091 |
| 53 | Infringer link same as above<br>**Infringement against E** | 16:04 - 16:06<br>16:06 - 16:08<br>16:08 - 16:10<br>16:10 - 16:12 | **Title**: Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | 8:16 - 8:20<br>2:18 - 2:24<br>3:18 - 3:21<br>4:10 - 4:15 | PA0002495257 |

| | | | | | |
|---|---|---|---|---|---|
| 54 | **Title**: Vídeos satisfatórios de trabalhadores que trabalham extremamente bem !<br><br>https://youtu.be/YEVaoHQIuOA<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:27 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:53 | PA0002495197 |
| 55 | **Title**: Vídeos satisfatórios de trabalhadores que trabalham extremamente bem!<br><br>https://youtu.be/uMJXDkTvl8k<br><br>(soi 2025-04-20)<br>**Infringement against G** | 6:45 - 06:55 | **Title**: Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | 1:50 - 3:18 | PA0002453397 |
|  | **Trending Machine**: https://www.youtube.com/channel/UCCfpI5ggGDPkD0F0Qfsbdpw | | | | |
| 56 | **Title**: Extremely Satisfying Factory Production Process \| Exciting Machines and Ingenious Tools !<br><br>https://youtu.be/6O_VxZHXxNA<br><br>(soi 2025-02-18)<br>**Infringement against i** | 30:34 - 30:42 | **Title**: Japan Genius Technique to Cut Ice Blocks from Frozen Pool<br><br>https://youtu.be/JYte4QaV4VY | 2:01 - 8:10 | PA0002501525 |

| | | | | | |
|---|---|---|---|---|---|
| 57 | **Title**: Amazing Inventions That On Another Level \| Compilation \| Best Of The Year 2023<br><br>https://youtu.be/COEcjH6H3Q4<br><br>(soi 2023-12-15)<br>**Infringement against J** | 10:40 - 10:47 | Title: Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat<br><br>https://youtu.be/oLRNf8nzcC8 | 4:18 - 4:31 | PA0002499415 |
| 58 | **Title**: Amazing Inventions And Smart Gadgets That Are On Another Level<br><br>https://youtu.be/UjZvC4D10kQ<br><br>(soi 2023-09-29)<br>**Infringement against J** | 15:09 - 15:16 | **Title**: Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat<br><br>https://youtu.be/oLRNf8nzcC8 | 4:18 - 4:31 | PA0002499415 |
| 59 | **Title**: The MOST Satisfying Videos Of Workers Doing Their Job Perfectly!<br><br>https://youtu.be/SGtJWH8EIXM<br><br>(soi 2024-12-27)<br>**Infringement against K** | 10:17 - 10:19 | **Title**: How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/RIz3cnSJk7Q | 0:27 - 0:31 | PA0002520745 |
| 60 | Infringer link same as above<br>**Infringement against G** | 10:19 - 10:29 | **Title**: Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vl | 0:22 - 4:47 | PA0002453397 |

| | | | | | |
|---|---|---|---|---|---|
| 61 | **Title**: Most Satisfying Videos Of Workers Doing Their Job Perfectly \| Best of Autumn 2024 !<br><br>https://youtu.be/g4n6IbUPDog<br><br>(soi 2024-11-08)<br>**Infringement against F** | 13:50 - 14:00 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:38 - 7:55 | PA0002495197 |
| 62 | **Title**: World's Most Insane Vehicles That Only Made in ONE Copy !<br><br>https://youtu.be/9Z7gweSm9qY<br><br>(soi 2025-05-30)<br>**Infringement against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |