*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**

*Phone:* **(818)-836-4976**

*Email:* **othmane.samie@gmail.com**

**Attorney for Plaintiff**

**Timeless Production FZ LLC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | **Case No.:** 3:25-mc-80219 |

**NOTICE OF ERRATA RE: EX PARTE REQUEST FOR SUBPOENA UNDER 17 U.S.C. § 512(h)**

Plaintiff Timeless Production FZ LLC respectfully submits this Notice of Errata in connection with its Ex Parte Request for Subpoena pursuant to 17 U.S.C. § 512(h), filed on July 31, 2025, in the above-captioned matter.

1. In the originally filed application, Exhibit 1, which contains copies of the DMCA-compliant takedown notices submitted to YouTube (operated by Google LLC), was inadvertently uploaded in a format that resulted in formatting distortions and partial rendering issues during PDF conversion. These issues may affect the display or readability of certain structured elements.

2. The content of the exhibit has not been modified substantively. The updated version of Exhibit 1 submitted with this Notice corrects only technical and display-related issues,

1    and presents the same information in a properly formatted and readable manner for the

2    Court's review.

3    3. Plaintiff respectfully requests that the corrected Exhibit 1 be accepted into the record in

4    place of the previously submitted version to ensure completeness and clarity.

5    .

6

7    Dated: July 31, 2025                                              By: /s/ **Mohamed Othmane Samie**

8                                                                      MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

                                                                       Attorney for Plaintiff
9
                                                                       Timeless Production FZ LLC
10

**2**

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA