# **Exhibit 1**

DMCA Takedown Confirmation

**[C3ZD7UWXTHQDEWUVC7FOLMBP5Q] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0touh4nrgdgnb07@google.com>     Jun 24, 2025
to me     8:17 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=rX5xiEEqWUY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:23:22 to 0:23:29
    : https://www.youtube.com/watch?v=rX5xiEEqWUY&t=1402
    It appears in your source video from 0:00:58 to 0:01:14
    : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=58

- Country where copyright applies: AE
- I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 [legal@welicense.co](#) wrote:

Video IDs: rX5xiEEqWUY

-----------------------------------

YouTube Copyright < [youtube-disputes+0touh4nrgdgnb07@google.com](#) >          Jun 24, 2025
to me                                                                            8:17 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=rX5xiEEqWUY

_____

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------

**[MZF6S75DKWVPZPUMCACNYYBR7E] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+1zrhdvbecgxo407@google.com>                Jun 23, 2025
to me                                                                          8:38 PM



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=x6pyI_dPPFs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Riding Cheapest Scooters of Congo
  - Source of video: FMt0sslSlVk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:30:19 to 0:30:30
    : https://www.youtube.com/watch?v=x6pyI_dPPFs&t=1819
    It appears in your source video from 0:00:14 to 0:11:10
    : https://www.youtube.com/watch?v=FMt0sslSlVk&t=14
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 legal@welicense.co wrote:

Video IDs: x6pyl_dPPFs

-----------------------------------

YouTube Copyright <youtube-disputes+1zrhdvbecgxo407@google.com>          Jun 25, 2025
to me                                                                    10:43 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

---

### Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=x6pyl_dPPFs

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**[EVYBHAJMVXT6J2GP3TETRZBXIU] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+1h18cf9rcnr9507@google.com>      Jun 24, 2025
to me                                                                 8:54 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 000000
    - AE

- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=JQzx1q5WXVk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:44:05 to 0:44:19
    : https://www.youtube.com/watch?v=JQzx1q5WXVk&t=2645
    It appears in your source video from 0:02:33 to 0:02:45
    : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: JQzx1q5WXVk

---------------------------------

YouTube Copyright <youtube-disputes+1zrhdvbecgxo407@google.com>           Jun 25, 2025
to me                                                                      10:43 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:
https://www.youtube.com/watch?v=JQzx1q5WXVk

_____

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------------

**[B5TAUZCNX4HIO7FMRXJIOI7ODU] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0ml0f1dkywd0707@google.com>        Jun 24, 2025
to me                                                                   9:00 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HZyRA4DBvrE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:23:22 to 0:23:45
    : https://www.youtube.com/watch?v=HZyRA4DBvrE&t=1402
    It appears in your source video from 0:02:33 to 0:02:45
    : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

  - Country where copyright applies: AE

- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: HZyRA4DBvrE

------------------------------------

YouTube Copyright <youtube-disputes+0ml0f1dkywd0707@google.com>          Jun 27, 2025
to me                                                                                                                    12:34 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=HZyRA4DBvrE

_____

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**[YMTWRVXQ64RVW7ERHYK36NTQVQ] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+3jkspfed1xh3707@google.com>          Jun 24, 2025
to me                                                                      8:08 PM



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HZEtFaCoSRw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:23:26 to 0:23:32 : https://www.youtube.com/watch?v=HZEtFaCoSRw&t=1406
    It appears in your source video from 0:00:58 to 0:01:14 : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=58
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: HZEtFaCoSRw

-----------------------------------

| YouTube Copyright <youtube-disputes+3jkspfed1xh3707@google.com> | Jun 26, 2025 |
|---|---|
| to me | 10:54 PM |



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=HZEtFaCoSRw

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**[CVMZV2FQ247ANCJCKX3CHEDFWY] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+1dr9ebjl0ikrk07@google.com>         Jun 23, 2025
to me                                                                    9:57 PM

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content

- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed
  : https://www.youtube.com/watch?v=6O_VxZHXxNA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video : Japan Genius Technique to Cut Ice Blocks from Frozen Pool
  - Source of video: JYte4QaV4VY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:30:34 to 0:30:42
    : https://www.youtube.com/watch?v=6O_VxZHXxNA&t=1834
    It appears in your source video from 0:02:01 to 0:08:10
    : https://www.youtube.com/watch?v=JYte4QaV4VY&t=121
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of
    an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for
    making false or bad faith allegations of copyright infringement by using
    this process.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 legal@welicense.co wrote:

Video IDs: 6O_VxZHXxNA

-----------------------------------

YouTube Copyright <youtube-disputes+1dr9ebjl0ikrk07@google.com>          Jun 25, 2025
to me                                                                     11:41 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

> # Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=6O_VxZHXxNA
>
> _____
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**[GKYLGUPFZI5IXPOMDQ6Z4RGK2I] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+1ox6ypxylwjli07@google.com>       Jun 24, 2025
to me                                                                                                      8:24 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 000000
    - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed : https://www.youtube.com/watch?v=lNxTqFKo8Qg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video : Riding Cheapest Scooters of Congo
    - Source of video: FMt0sslSlVk
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:16:00 to 0:16:04 : https://www.youtube.com/watch?v=lNxTqFKo8Qg&t=960
      It appears in your source video from 0:11:31 to 0:11:36 : https://www.youtube.com/watch?v=FMt0sslSlVk&t=691
- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: lNxTqFKo8Qg



---------------------------------

YouTube Copyright <youtube-disputes+1ox6ypxylwjli07@google.com>                Jun 27, 2025
to me                                                                          12:17 AM

![YouTube]

Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=lNxTqFKo8Qg

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------

**[BTQOVQAYWOHQL5KOF2URI2M3PU] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0b6x07dx3qgd107@google.com>                Jun 24, 2025
to me                                                                          9:11 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed : https://www.youtube.com/watch?v=COEcjH6H3Q4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video : Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat
  - Source of video: oLRNf8nzcC8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:40 to 0:10:47 : https://www.youtube.com/watch?v=COEcjH6H3Q4&t=640
    It appears in your source video from 0:04:18 to 0:04:31 : https://www.youtube.com/watch?v=oLRNf8nzcC8&t=258

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: COEcjH6H3Q4

------------------------------------

YouTube Copyright <[youtube-disputes+0b6x07dx3qgd107@google.com](#)>                Jun 27, 2025
to me                                                                                12:47 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

[https://www.youtube.com/watch?v=COEcjH6H3Q4](https://www.youtube.com/watch?v=COEcjH6H3Q4)

---

We use a combination of [automated systems and human reviews](#) to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**[LFB5DWK26SLWZX56H3BSKHKCCY] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+1w9mpy1u0j2cw07@google.com>        Jun 24, 2025
to me                                                                                                                        9:07 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content

- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed
  : https://www.youtube.com/watch?v=gq4rw5njvvs
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video : Monstrously Powerful Panama Canal Train Climbs Crazy
      Steep Slopes
    - Source of video: VVzVfo-i_1I
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:44:03 to 0:44:26
      : https://www.youtube.com/watch?v=gq4rw5njvvs&t=2643
      It appears in your source video from 0:02:33 to 0:02:45
      : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of
      an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or the
      law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for
      making false or bad faith allegations of copyright infringement by using
      this process.
    - I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: gq4rw5njvvs

----------------------------------

YouTube Copyright <youtube-disputes+1w9mpy1u0j2cw07@google.com>     Jun 27, 2025
to me                                                                                        12:40 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

| Request resolved |
|---|
| The content listed below has been removed. |
| Videos in question: |
| https://www.youtube.com/watch?v=gq4rw5njvvs |
| ──────────────────────────────── |
| We use a combination of automated systems and human reviews to process removal requests. |

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

----------------------------------------------------------------------------------------------------------------------

### Fwd: [SYEG2ZTIJWY3ZGHYHIJMXGQ4L4] YouTube Copyright Complaint Submission

Younes Ben Fredj                                         Jul 16, 2025, 2:25 PM
to me                                                    (21 hours ago)

### Forwarded Conversation
### Subject: [SYEG2ZTIJWY3ZGHYHIJMXGQ4L4] YouTube Copyright Complaint Submission
-----------------------
From: YouTube Copyright <youtube-disputes+0e7l4r4ccxe5s07@google.com>
Date: Mon, Jun 23, 2025 at 8:26 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S3CCdt4FjTI
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:30
    : https://www.youtube.com/watch?v=S3CCdt4FjTI&t=188
    It appears in your source video from 0:04:42 to 0:10:53
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: S3CCdt4FjTI

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+0e7l4r4ccxe5s07@google.com>
Date: Wed, Jun 25, 2025 at 9:03 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=S3CCdt4FjTI

_____

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S3CCdt4FjTI
- Describe the work allegedly infringed: My video

- o Title of video: Riding Homemade Batman Bike of Indonesia
- o Source of video: ufQD9dDqDm8
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:03:08 to 0:03:30
  : https://www.youtube.com/watch?v=S3CCdt4FjTI&t=188
  It appears in your source video from 0:04:42 to 0:10:53
  : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------

**Fwd: [ODXYR5KJZQ6O5YD6WNVVM62KVY] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                        Jul 16, 2025, 2:26 PM
to me                                                          (21 hours ago)

**Forwarded Conversation**
**Subject: [ODXYR5KJZQ6O5YD6WNVVM62KVY] YouTube Copyright Complaint**
**Submission**
------------------------
From: YouTube Copyright <youtube-disputes+239cijw4uytnf07@google.com>
Date: Mon, Jun 23, 2025 at 8:37 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes
all required elements. We will reply to this email when we've taken action on your request.
You can also check on the status of your takedown request in the 'Removal requests'
tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN
  FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager
  of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=cGebANZ1MnA
- Describe the work allegedly infringed: My video
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:02:01 to 0:02:09
      : https://www.youtube.com/watch?v=cGebANZ1MnA&t=121
      It appears in your source video from 0:10:21 to 0:11:43
      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: cGebANZ1MnA

----------------------------------

From: **YouTube Copyright** <youtube-disputes+239cijw4uytnf07@google.com>
Date: Wed, Jun 25, 2025 at 9:04 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=cGebANZ1MnA

_____

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cGebANZ1MnA
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=cGebANZ1MnA&t=121

It appears in your source video from 0:10:21 to 0:11:43
: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
    - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - o This notification is accurate.
    - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**Fwd: [D6EYL6XOTUVW24RLJGKA3YZFXE] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                                        Jul 16, 2025, 2:26 PM
to me                                                                         (21 hours ago)

**Forwarded Conversation**
**Subject: [D6EYL6XOTUVW24RLJGKA3YZFXE] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+15q38rkp7c5b907@google.com>
Date: Mon, Jun 23, 2025 at 8:45 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lpLzYg456U4
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:11
    : https://www.youtube.com/watch?v=lpLzYg456U4&t=188
    It appears in your source video from 0:05:13 to 0:05:17
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

- o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066
On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: lpLzYg456U4

----------------------------------

From: **YouTube Copyright** <youtube-disputes+15q38rkp7c5b907@google.com>
Date: Wed, Jun 25, 2025 at 12:55 PM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=lpLzYg456U4

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lpLzYg456U4
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:11
    : https://www.youtube.com/watch?v=lpLzYg456U4&t=188
    It appears in your source video from 0:05:13 to 0:05:17
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------------

**Fwd: [QCCTUWX6XU4C2K7O32WGCRJGPU] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                                                Jul 16, 2025, 2:26 PM
to me                                                                                         (21 hours ago)

**Forwarded Conversation**
**Subject: [QCCTUWX6XU4C2K7O32WGCRJGPU] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+3266a3wtwtda107@google.com >
Date: Mon, Jun 23, 2025 at 8:50 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ

- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    o Timeless Production FZ-LLC E76 Dubai Production City
    o Dubai, Dubai 0000
    o AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aHo9YZ8o7bM
- Describe the work allegedly infringed: My video
    o Source of video: ufQD9dDqDm8
    o Type of video: Internet video
    o Where does the content appear?
      The content appears in the targeted video from 0:02:01 to 0:02:09
      : https://www.youtube.com/watch?v=aHo9YZ8o7bM&t=121
      It appears in your source video from 0:10:21 to 0:11:43
      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
    o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    o This notification is accurate.
    o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: aHo9YZ8o7bM

----------------------------------

From: **YouTube Copyright** <youtube-disputes+3266a3wtwtda107@google.com>
Date: Wed, Jun 25, 2025 at 9:11 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

> # Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=aHo9YZ8o7bM
>
> _____
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ

- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aHo9YZ8o7bM
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=aHo9YZ8o7bM&t=121
    It appears in your source video from 0:10:21 to 0:11:43
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------

**Fwd: [GSFNZNE2IW2YYS7RSS6QOQWZVM] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                                 Jul 16, 2025, 2:26 PM
to me                                                            (21 hours ago)

**Forwarded Conversation**
**Subject: [GSFNZNE2IW2YYS7RSS6QOQWZVM] YouTube Copyright Complaint Submission**
-------------------------
From: YouTube Copyright <youtube-disputes+0etb1a2ua5jqo07@google.com>
Date: Mon, Jun 23, 2025 at 8:58 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=1eX7du8Z2dc
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:30
    : https://www.youtube.com/watch?v=1eX7du8Z2dc&t=188
    It appears in your source video from 0:04:42 to 0:10:53
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: 1eX7du8Z2dc

----------------------------------

From: **YouTube Copyright** <youtube-disputes+0etb1a2ua5jqo07@google.com>
Date: Wed, Jun 25, 2025 at 9:26 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

> # Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=1eX7du8Z2dc
>
> _____
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=1eX7du8Z2dc
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:30
    : https://www.youtube.com/watch?v=1eX7du8Z2dc&t=188
    It appears in your source video from 0:04:42 to 0:10:53
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the law;
    and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making
    false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube
    channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**Fwd: [B2XADPJY3PG4IR3GQKLCQV2PZM] YouTube Copyright Complaint Submission**

Younes Ben Fredj                           Jul 16, 2025, 2:27 PM
to me                                           (21 hours ago)

**Forwarded Conversation**
**Subject: [B2XADPJY3PG4IR3GQKLCQV2PZM] YouTube Copyright Complaint**
**Submission**
------------------------
From: YouTube Copyright <youtube-disputes+3f1a96sc3jbft07@google.com>
Date: Mon, Jun 23, 2025 at 9:05 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9Z7gweSm9qY
- Describe the work allegedly infringed: My video
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:02:01 to 0:02:09
      : https://www.youtube.com/watch?v=9Z7gweSm9qY&t=121
      It appears in your source video from 0:10:21 to 0:11:43

: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: 9Z7gweSm9qY

----------------------------------

From: **YouTube Copyright** <youtube-disputes+3f1a96sc3jbft07@google.com>
Date: Wed, Jun 25, 2025 at 9:33 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=9Z7gweSm9qY

_____

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9Z7gweSm9qY
- Describe the work allegedly infringed: My video
    - Title of video: Riding Homemade Batman Bike of Indonesia
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:02:01 to 0:02:09
      : https://www.youtube.com/watch?v=9Z7gweSm9qY&t=121

It appears in your source video from 0:10:21 to 0:11:43
: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**Fwd: [3C424ED46Z5SMP2ZPGXQPP4I5Y] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                                     Jul 16, 2025, 2:27 PM
to me                                                                        (21 hours ago)

**Forwarded Conversation**
**Subject: [3C424ED46Z5SMP2ZPGXQPP4I5Y] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+1on2zp3lx8imn07@google.com>
Date: Mon, Jun 23, 2025 at 9:15 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d7ttWGCYVN0
- Describe the work allegedly infringed: My video
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:53 to 0:01:58 : https://www.youtube.com/watch?v=d7ttWGCYVN0&t=113
      It appears in your source video from 0:00:47 to 0:04:44 : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=47

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: d7ttWGCYVN0



From: **YouTube Copyright** <youtube-disputes+1on2zp3lx8imn07@google.com>
Date: Wed, Jun 25, 2025 at 9:34 AM
To: <tekniqvideos@gmail.com>

▶ YouTube

Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

> # Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=d7ttWGCYVN0

> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d7ttWGCYVN0
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:53 to 0:01:58
    : https://www.youtube.com/watch?v=d7ttWGCYVN0&t=113
    It appears in your source video from 0:00:47 to 0:04:44
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=47

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.

- - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------